**SEALED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
NIRAV K. DESAI
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO SEARCH THE METRO PCS ACCOUNTS ASSOCIATED WITH MOBILE TELEPHONE NUMBERS 916-519-8063 AND 916-670-9792 (REFERRED TO COLLECTIVELY AS SUBJECT ACCOUNTS) FOR THE TIME PERIOD OF SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014, PRESERVED UNDER TRACKING NUMBER 731580 | CASE NO. 2:15-SW-447 KJN<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

On August 28, 2015, this Court approved a search and seizure warrant in this matter pursuant to 18 U.S.C. §§ 2701(a), (b)(1)(A), and 2703(c)(1)(A), for information in accounts possessed by Metro PCS. This matter is before the Court on the government's request for leave not to provide notice of the August 28, 2015 search warrant to the subscribers of the Subject Accounts ("Request"), for a period of six months commencing retroactively to September 28, 2015. Upon consideration of the government's Request, and it appearing that notice of the August 28, 2015 search warrant in this matter to the subscriber associated with the information sought in the August 28, 2015 search warrant, or any other person, would seriously jeopardize an ongoing investigation, for good cause shown IT IS HEREBY ORDERED:

1. The government's Request is granted, and the time government is required to provide notice of the August 28, 2015 search warrant to the subscriber associated with the information sought in

1

the August 28, 2015 search warrant is delayed for a period of six months, commencing September 28, 2015, *nunc pro tunc*, unless otherwise ordered by the Court; and

    2.    The government's Request and this order are sealed until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: 10/19/2015

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE