1   PHILLIP A. TALBERT
    Acting United States Attorney
2   MICHELE BECKWITH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

FILED

MAY 0 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF        CASE NO.   2:15-SW-447 KJN

12  METRO PCS ACCOUNTS ASSOCIATED
    WITH MOBLE TELEPHONE NUMBERS         [PROPOSED] ORDER TO UNSEAL SEARCH
13  916-519-8063 AND 916-670-9792         WARRANT AND SEARCH WARRANT
    (REFERRED TO COLLECTIVELY AS          AFFIDAVIT
14  SUBJECT ACCOUNTS) FOR THE TIME
    PERIOD OF SEPTEMBER 1, 2014
15  THROUGH DECEMBER 31, 2014,
    PRESERVED UNDER TRACKING NUMBER
16  731580

17

18       The government's request to unseal the Search Warrant and this case is GRANTED.

19

20  Dated:  5/4/2016

21                                        HON. EDMUND F. BRENNAN
                                          U.S. Magistrate Judge
22

23

24

25

26

27

28